## Commonwealth *v.* DeShields, Appellant.

Argued September 9, 1969. *Mary Bell Hammerman,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District At-

torney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.